1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARTIN LEE FOSTER,                        No.  2:23-cv-02896-KJM-CKD

12              Plaintiff,

13       v.                                    ORDER AND FINDINGS AND
                                               RECOMMENDATIONS
14   GAVIN NEWSOME,

15              Defendant.

16

17          By an order filed May 21, 2024, plaintiff was ordered to file a completed in forma

18   pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned

19   that failure to do so would result in a recommendation that this action be dismissed.  The thirty

20   day period has now expired, and plaintiff has not responded to the court's order and has not filed

21   the required documents.

22          In accordance with the above, IT IS HEREBY RECOMMENDED that this action be

23   dismissed without prejudice.

24          These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court and serve a copy on all parties.  Such a document should be captioned

28   "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 8, 2024

Carolyn K. Delaney
United States Magistrate Judge

12/fost2896.fifp